AEE

**FILED**
**FEBRUARY 20, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 1047**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Elaine L. Chao, Secretary of Labor,
United States Department of Labor,
v.
Dappers East, Inc., a Corporation, Doing Business As Dappers; and Mathew Manaves, an Individual.

Case Number:

**JUDGE KOCORAS**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Elaine L. Chao, Secretary of Labor, United States Department of Labor

| | |
|---|---|
| NAME (Type or print) | |
| Karen L. Mansfield | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Karen L. Mansfield | |
| FIRM | |
| United States Department of Labor, Office of the Solicitor | |
| STREET ADDRESS | |
| 230 South Dearborn Street, 8th Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1756508 | 312-353-1216 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |