U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 1047

Elaine L. Chao
v.
Dappers East, Inc. and Mathew Manaves

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dappers East, Inc. d/b/a Dappers and Mathew Manaves,

| | |
|---|---|
| NAME (Type or print) <br> Panos T. Topalis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Panos T. Topalis, Esq. | |
| FIRM <br> Tribler Orpett & Meyer, P.C. | |
| STREET ADDRESS <br> 225 West Washington, Suite 1300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6202025 | TELEPHONE NUMBER <br> (312) 201-6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) | Civil Action |
| Plaintiff, | ) ) | File No.: 08 C 1047 |
| v. | ) ) | |
| DAPPERS EAST, INC., a Corporation, Doing Business as DAPPERS; and MATHEW MANAVES, an individual, | ) ) ) ) | JUDGE KOCORAS<br><br>MAGISTRATE JUDGE VALDES |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have filed electronically and served a copy of the **Appearance of Panos T. Topalis as attorney for the defendants** upon the persons listed by causing a copy of the same to be placed in the U.S. Mail with adequate postage thereon:

> Gregory F. Jacob
> Joan E. Gestrin
> Karen L. Mansfield
> Office of the Solicitor
> U.S. Department of Labor
> 230 S. Dearborn Street  - Room 844
> Chicago, Illinois 60604
> Telephone (312) 353-1216

*As Attorney for plaintiff, Elaine L. Chao*

This 26$^h$ day of March 2008.

/s/ Panos T. Topalis
_____
TRIBLER ORPETT & MEYER, P.C.

TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400