U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1047

Elaine L. Chao
v.
Dappers East, Inc. and Mathew Manaves

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dappers East, Inc. d/b/a Dappers and Mathew Manaves,

| NAME (Type or print) |
| --- |
| Jennifer H. Kay |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jennifer H. Kay, Esq. |
| FIRM |
| Tribler Orpett & Meyer, P.C. |
| STREET ADDRESS |
| 225 West Washington, Suite 1300 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6226867 | (312) 201-6400 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DAPPERS EAST, INC., a Corporation, Doing Business as DAPPERS; and MATHEW MANAVES, an individual, | ) ) ) ) |
| Defendants. | ) ) |

Civil Action

File No.: 08 C 1047

JUDGE KOCORAS

MAGISTRATE JUDGE VALDES

### CERTIFICATE OF SERVICE

This is to certify that I have filed electronically and served a copy of the **Appearance of Jennifer H. Kay as attorney for the defendants** upon the persons listed by causing a copy of the same to be placed in the U.S. Mail with adequate postage thereon:

>Gregory F. Jacob
>Joan E. Gestrin
>Karen L. Mansfield
>Office of the Solicitor
>U.S. Department of Labor
>230 S. Dearborn Street  - Room 844
>Chicago, Illinois 60604
>Telephone (312) 353-1216

*As Attorney for plaintiff, Elaine L. Chao*

This 26$^h$ day of March 2008.

/s/ Jennifer H. Kay
_____
TRIBLER ORPETT & MEYER, P.C.

TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400