UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:
**ELAINE L. CHAO**, Secretary of Labor, :
United States Department of Labor, :
:
                Complainant :   USDC ND IL File
:
  v. :   No. 08-cv-1047
:
:
**DAPPERS EAST INC., ET AL.**, :
:
                Respondent :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF SERVICE

      This is to certify that one (1) copy of the foregoing Attorney Appearance Form has been served on the below-named individuals this 27th day of March, 2008, by sending said copy by first-class mail, to:

                Panos T. Topalis, Esq.
                Tribler Orpett & Meyer, P.C.
                225 West Washington, Suite 1300
                Chicago, Illinois 60606

                 s/Leonard A. Grossman
              **LEONARD A GROSSMAN**
              Attorney

              United States Department of Labor
                One of the Attorneys for
                    Complainant