UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, ) <br> United States Department of Labor, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAPPERS EAST, INC., a Corporation, ) <br> Doing Business as DAPPERS; and ) <br> MATHEW MANAVES, an individual, ) <br> ) <br> Defendants. ) | Civil Action <br><br> File No.: 08 C 1047 <br><br><br> JUDGE KOCORAS <br><br> MAGISTRATE JUDGE VALDES |

**DEFENDANT'S F.R.C.P. RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants, Dappers East, Inc. and Matthew Manaves, pursuant to F.R.C.P. Rule 26(a)(1), hereby make the following initial disclosures:

(A)   1.   Gilberto Herrera, c/o Wage and Hour Division, 230 S. Dearborn, Room 412, Chicago, IL 60604-1595, as the individual who performed the investigation of defendants under the Fair Labor Standards Act of 1938, review of payroll records and documents and interviews conducted with defendant's employees and former employees

2.   Dino Analitis, CPA, Dino Analitis & Associates, Ltd., 3158 Des Plaines Avenue, Suite 114, Des Plaines, Illinois 60018, accountant for defendant Dappers East, Inc, concerning his knowledge of payroll records, timesheets, wages hours and the computation of hourly wages and overtime for defendant's employees and affidavits of employees described herein that he compiled in response to the initial investigation of Mr. Herrera. Mr. Analitis also has in his possession and available for inspection at an agreed time at least two boxes of documents containing payroll records, timesheets and other documents pertaining to the the relevant time period alleged in the complaint at his place of business listed herein.

3.      Dino Sarantopoulos, principal of defendant Dappers East, Inc., at the subject location, concerning his knowledge of defendant's payroll practices, timesheets, operation of the business and employees that were employed at the times alleged in plaintiff's complaint.

4.      Employees of defendant Dappers East, Inc, including but not limited to, Jorge Angulo, Mauro Angulo, Victor Angulo, Adolfo Blancas, Pablo Blancas, Luis Lema, Andres Martinez, Carlos Ontiveros, Manuel Orellana, Vassiliki Papazoglou, Oscar Romero, Olmedo Ruiz, Rafael Victor Sandoval

(B)     1.      As indicated above, all payroll, wage and hour and other related documents are in the possession of defendant's accountant, Dina Analitis, at the address indicated above, and are available for inspection and copying at a time agreed on by the parties. Defendants also attach correspondence and attached affidavits sent by Mr. Analitis to Mr. Herrera on or about July 24, 2007, in response to his initial findings and evaluation of the claims against defendants.

                                          Defendants, Dappers East, Inc., and
                                          Matthew Manaves

By:    /s/ Panos T. Topalis
           One of Defendant's Attorneys
           Panos T. Topalis
           Tribler Orpett & Meyer, P.C.
           225 West Washington, Suite 1300
           Chicago, Illinois 60606
           (312) 201-6400
           (312) 201-6401 (FAX)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) | Civil Action |
| Plaintiff, | ) ) | File No.: 08 C 1047 |
| v. | ) ) | |
| DAPPERS EAST, INC., a Corporation, Doing Business as DAPPERS; and MATHEW MANAVES, an individual, | ) ) ) ) | JUDGE KOCORAS MAGISTRATE JUDGE VALDES |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have filed electronically and served a copy of the **Defendants, Dappers East, Inc. d/b/a Dappers and Mathew Manaves' Rule 26(a)(1) Initial Disclosures** upon the persons listed by causing a copy of the same to be placed in the U.S. Mail with adequate postage thereon:

> Gregory F. Jacob
> Joan E. Gestrin
> Karen L. Mansfield
> Office of the Solicitor
> U.S. Department of Labor
> 230 S. Dearborn Street  - Room 844
> Chicago, Illinois 60604
> Telephone (312) 353-1216
>
> *As Attorney for plaintiff, Elaine L. Chao*

This 28[h] day of August 2008.

/s/ Panos T. Topalis
_____
TRIBLER ORPETT & MEYER, P.C.

TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
ARDC# 6202025